**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**United States of America,**

        **Plaintiff,**

v.                                          5:18-cv-810 (BKS/DEP)

**$11,858.00 in United States Currency and**
**$24,077.00 in United States Currency,**

        **Defendants.**

---

**Hon. Brenda K. Sannes, United States District Court Judge:**

### ORDER OF RECUSAL

The Court has considered and determined, *sua sponte*, that recusal is appropriate under 28 U.S.C. § 455. The Clerk of the Court is therefore directed to reassign this case forthwith.

**IT IS SO ORDERED.**

**Dated: August 14, 2018**

*[signature]*
Brenda K. Sannes
U.S. District Judge